# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **22-3833**      Case Manager: **Sharday S. Swain**

Case Name: **Steelcraft Manufacturing, A Division of Allegi v. United Steelworkers of America AFL-CIO Local 7697**

Is this case a cross appeal?  ☐ Yes   ☑ No

Has this case or a related one been before this court previously?   ☑ Yes   ☐ No

If yes, state:
   Case Name: **Steelcraft v. USW Local 7697**    Citation: **Case No. 21-3558 (originating case no. 1:18-cv-00045)**
   Was that case mediated through the court's program?   ☑ Yes   ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

This appeal is being brought against Steelcraft Manufacturing. Steelcraft has also cross-appealed in this case.

Appellant United Steelworkers of America, AFL-CIO, Local 7697 ("USW") is appealing the District Court's denial of its "Motion to Show Cause as to why Steelcraft is not in civil contempt of [the Court's Order confirming the Arbitrator's award.]" Appellant USW will raise the issue as to whether the District Court erred by finding that Steelcraft's conduct as to grievant William Warren complied with its Order of May 17, 2021. That Order confirmed and enforced an arbitration Award that ordered reinstatement of Warren, including payment of lost backpay and expunging all records of his discharge. The Company ultimately sent a backpay check to Mr. Warren, the appropriateness of the amount which the Union disputed, and then asserted that it had terminated him effective January 1, 2019, claiming he would have been medically unable to work for 12 months and his seniority would have been terminated. The Union filed the Motion to Show Cause based on that conduct. Appellant USW will also raise the issue of whether the District Court erred by finding that Steelcraft's conduct did not violate the Court's Order because it was not resolved by an arbitrator. Additionally, Appellant USW will raise the issue of whether the Court erred in finding that Steelcraft did not waive its right to discharge Warren for allegedly being medically unable to work for 12 months. USW will also respond to any issues raised by Steelcraft in its cross-appeal.

This is to certify that a copy of this statement was served on opposing counsel of record this **17th** day of **October**, **2022**.

**Pamela M. Newport**
Name of Counsel for Appellant

6CA 53
Rev. 6/08